IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **DAVIOUS MARQUES BOYD,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| VS. : | |
| : | CIVIL No: 5:22-cv-00387-MTT-MSH |
| **GEO GROUP INC RIVERBEND** : | |
| **CORRECTIONAL FACILITY,** : | |
| : | |
| **Defendants.** : | |

## ORDER

*Pro se* Plaintiff Davious Marques Boyd., an inmate at the Riverbend Correctional Facility in Milledgeville, Georgia filed a document that was docketed as a 42 U.S.C. § 1983 civil rights claim in the Northern District of Georgia. ECF No. 1. Because venue was found to be improper in the Northern District of Georgia, the civil action was transferred to this Court. *See* ECF Nos. 4 and 5. Plaintiff did not pay the filing fee nor did he request to proceed without prepayment of the filing fee.

On November 7, 2022, Plaintiff was ordered to either submit a motion to proceed *in forma pauperis* or pay the full filing fee. ECF No. 7. Plaintiff was given fourteen (14) days to respond and was informed that failure to comply would result in dismissal of his action. *Id*. Thereafter, Plaintiff failed to address the filing fee in any manner.

Thus, on December 20, 2022, the Court notified Plaintiff that it had not received a response regarding the filing fee and ordered him to show cause why his action should not be dismissed for failure to comply with the Court's order. ECF No. 18. The Court

unambiguously informed Plaintiff that his action may be dismissed if he failed to respond. *Id*. Plaintiff was given fourteen (14) days to respond and he failed to do so.

Due to Plaintiff's failure to follow the Court's Orders and failure to prosecute this action, the case is hereby **DISMISSED WITHOUT PREJUDICE**. Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (citing Fed. R. Civ. P. 41(b) and *Lopez v. Aransas Cty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)) ("The court may dismiss an action sua sponte under Rule 41(b) for failure to prosecute or failure to obey a court order.").

**SO ORDERED,** this 20th day of January, 2023.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT